UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER HANSEN,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID YOUNGBLUTH,<br><br>  Defendant. | Case No.: 12-CV-00053-LHK<br><br>ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

Plaintiff Peter Hansen filed his complaint in the above-captioned action on January 4, 2012. An initial case management conference is scheduled for April 4, 2012. However, as of today, April 2, 2012, Plaintiff has neither served Defendant David Youngbluth with the Complaint and Summons nor filed a case management statement explaining his failure to do so. Therefore, the Court continues the case management conference set for April 4, 2012, to June 6, 2012, at 2:00 p.m. Plaintiff's failure to serve Defendant within 120 days of filing his complaint will result in dismissal without prejudice, absent a showing of good cause by no later than May 30, 2012. *See* Fed. R. Civ. P. 4(m). If Defendant is timely served, then the parties shall file a Joint Case Management Statement by no later than May 30, 2012. *See* Fed. R. Civ. P. 26(f); Civil L. R. 16-9(a).

**IT IS SO ORDERED.**

Dated: April 2, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-cv-00053-LHK
ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE