UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER HANSEN, | Case No.: 12-CV-00053-LHK |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| DAVID YOUNGBLUTH, | |
| Defendant. | |

More than 120 days have passed since Plaintiff Peter Hansen's ("Plaintiff") complaint was filed on January 4, 2012, and Plaintiff has not yet filed proof of service of the Summons and Complaint on Defendant David Youngbluth, as Plaintiff is required to do under Federal Rule of Civil Procedure 4(m).  Accordingly, the case management conference set for June 6, 2012, is vacated.  Plaintiff is hereby ORDERED to show cause why this case should not be dismissed for failure to comply with Rule 4(m).  Plaintiff's response to this Order to Show Cause is due June 14, 2012.  A hearing on this Order to Show Cause is set for Thursday, June 21, 2012, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 31, 2012

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

**United States District Court**
For the Northern District of California

1

Case No.: 12-cv-00053-LHK
ORDER TO SHOW CAUSE